Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BOUNPHONE PON PHIMMACHACK, et al.,<br><br>Defendants. | CASE NO. 1:16-cv-00486-LJO-SAB<br><br>ORDER |

## ORDER

In view of the fact that Plaintiff has not yet perfected service of the initiating suit papers upon defendants Bounpone Phon Phimmachack, Nenita Labasano Phimmachack, and Paol L. Yang, individually and d/b/a Yolo Sushi Bar & Karaoke, the Initial Scheduling Conference in civil action number 1:16-cv-00486-LJO-SAB styled *J & J Sports Productions, Inc. v. Phimmachack, et al*., is hereby continued from 9:30 AM, Tuesday, June 28, 2016 to August 8, 2016 at 9:45 a.m. before Magistrate Judge Stanley A. Boone.  A joint scheduling report is due one week before the new conference date.

///
///
///
///

1

Plaintiff shall also serve a copy of this Order on the defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **June 23, 2016**

UNITED STATES MAGISTRATE JUDGE