# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.  1:16-cv-00486-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | Thirty-Day Deadline |
| BOUNPHONE PON PHIMMACHACK, et al., | |
| Defendants. | |

On June 23, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 24, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1