# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOUNPHONE PON PHIMMACHACK, et al., <br><br> Defendants. | Case No. 1:16-cv-00486-LJO-SAB <br><br> ORDER RESETTING SCHEDULING CONFERENCE |

On June 23, 2016, the Court continued the initial scheduling conference in this matter from June 28, 2016 to August 8, 2016, at 9:45 a.m. in Courtroom 9. (ECF No. 7.) On that same date, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 6.) On June 27, 2016, the Court vacated the pending matters and dates and ordered the parties to file dispositional documents. (ECF No. 12.) However, on July 1, 2016, Plaintiff filed a notice of withdrawal of Plaintiff's notice of settlement. (ECF No. 13.) In light of Plaintiff withdrawing the notice of settlement, the scheduling conference is reset for August 8, 2016, at 9:45 a.m. before the undersigned in Courtroom 9.

Accordingly, it is HEREBY ORDERED that the scheduling conference is reset for August 8, 2016, at 9:45 a.m. before Magistrate Judge Stanley A. Boone in Courtroom 9. The

parties shall file a joint scheduling report at least five business days before the scheduling conference. Plaintiff shall also serve a copy of this Order on Defendants and thereafter file a Certification of Service with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **July 6, 2016**

UNITED STATES MAGISTRATE JUDGE