# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No. 1:16-cv-00486-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF TO NOTIFY COURT OF STATUS OF DEFENDANT PAO L. YANG |
| v. | |
| BOUNPHONE PON PHIMMACHACK, et al., | DEADLINE: August 1, 2016 |
| Defendants. | |

On April 6, 2016, Plaintiff J&J Sports Productions, Inc. filed a complaint against Defendants Bounphone Pon Phimmachack, Nenita Labasano Phimmachack, and Pao L. Yang. On June 23, 2016, Plaintiff filed a notice of settlement which was withdrawn July 1, 2016. On July 11, 2016, the clerk entered default against Defendants Bounphone Pon Phimmachack and Nenita Labasano Phimmachack. Plaintiff filed a motion for default judgment as to Defendants Bounphone Pon Phimmachack and Nenita Labasano Phimmachack on July 28, 2016.

Currently a scheduling conference is set in this action for August 8, 2016 at 9:45 a.m. before the undersigned. Plaintiff filed requests for entry of default against the Phimmachack defendants, but the Court notes that Defendant Pao L. Yang has not filed an answer to the complaint nor has Plaintiff filed a request for entry of default against Defendant Yang.

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall notify the Court of the status of Defendant Yang in this action on or before August 1, 2016.

IT IS SO ORDERED.

Dated: **July 29, 2016**

UNITED STATES MAGISTRATE JUDGE

2