# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOUNPHONE PON PHIMMACHACK, et al., <br><br> Defendants. | Case No. 1:16-cv-00486-LJO-SAB <br><br> ORDER CONTINUING SCHEDULING CONFERENCE TO SEPTEMBER 26, 2016, AT 9:00 A.M. |

On April 6, 2016, Plaintiff J&J Sports Productions, Inc. filed a complaint against Defendants Bounphone Pon Phimmachack, Nenita Labasano Phimmachack, and Pao L. Yang. (ECF No. 1.) On June 23, 2016, Plaintiff filed a notice of settlement which was withdrawn on July 1, 2016. (ECF Nos. 6, 13.) On July 7, 2016, the Court reset the scheduling conference in this matter for August 8, 2016, at 9:45 a.m. before the undersigned in Courtroom 9. (ECF No. 14.) On July 11, 2016, the clerk entered default against Defendants Bounphone Pon Phimmachack and Nenita Labasano Phimmachack. (ECF Nos. 16, 17.) Plaintiff filed a motion for default judgment as to Defendants Bounphone Pon Phimmachack and Nenita Labasano Phimmachack on July 28, 2016. (ECF No. 19.)

On July 29, 2016, the Court ordered Plaintiff to notify the Court of the status of Defendant Yang in this action. (ECF No. 20.) On August 1, 2016, Plaintiff filed a response

1  which indicated that Defendant Yang's answer is due on August 3, 2016.  (ECF No. 21.)
2  Plaintiff also indicated that if Defendant Yang fails to answer or respond to Plaintiff's complaint,
3  Plaintiff will be filing a request for entry of default as to Defendant Yang.

4  Currently a scheduling conference is set in this action for August 8, 2016 at 9:45 a.m.
5  before the undersigned.  In light of the fact that none of the Defendants in this action have
6  responded to the complaint or appeared in this action yet, and based on Plaintiff's August 1,
7  2016 response, the Court continues the scheduling conference to September 26, 2016, at 9:00
8  a.m. before the undersigned.

9  Accordingly, it is HEREBY ORDERED that the scheduling conference in this matter is
10 continued from August 8, 2016, at 9:45 a.m. to September 26, 2016, at 9:00 a.m. before the
11 undersigned in Courtroom 9.  The parties shall file a joint scheduling report at least five business
12 days before the scheduling conference.  Plaintiff shall also serve a copy of this Order on
13 Defendants and thereafter file a Certification of Service with the Clerk of the Court.

IT IS SO ORDERED.

Dated:  **August 2, 2016**

UNITED STATES MAGISTRATE JUDGE