# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> BOUNPHONE PON PHIMMACHACK, et al., <br><br>  Defendants. | Case No.  1:16-cv-00486-LJO-SAB <br><br> ORDER CONTINUING MOTIONS FOR DEFAULT JUDGMENT AS TO DEFENDANTS BOUNPHONE PON PHIMMACHACK, NENITA LABASANO PHIMMACHACK, AND PAO L. YANG, INDIVIDUALLY AND D/B/A/ YOLO SUSHI BAR & KARAOKE, TO OCTOBER 28, 2016, AT 10:00 A.M. <br><br> (ECF Nos. 19, 27) |

On April 6, 2016, Plaintiff J&J Sports Productions, Inc. filed a complaint against Defendants Bounphone Pon Phimmachack, Nenita Labasano Phimmachack, and Pao L. Yang, individually and d/b/a Yolo Sushi Bar & Karaoke.  (ECF No. 1.)  On July 11, 2016, the clerk entered default against Defendants Bounphone Pon Phimmachack and Nenita Labasano Phimmachack.  (ECF Nos. 16, 17.)  Plaintiff filed a motion for default judgment as to Defendants Bounphone Pon Phimmachack and Nenita Labasano Phimmachack, individually and d/b/a Yolo Sushi Bar & Karaoke, on July 28, 2016.  (ECF No. 19.)  Plaintiff set the hearing for September 14, 2016, at 10:00 a.m.

On August 5, 2016, the clerk entered default against Defendant Pao L. Yang.  (ECF No. 25.)  On August 24, 2016, Plaintiff filed a motion for default judgment as to Defendant Pao L. Yang, individually and d/b/a Yolo Sushi Bar & Karaoke, and setting the hearing for October 26,

1

2016, at 10:00 a.m. (ECF No. 27.)

For the convenience of the Court and in the interests of judicial efficiency, the Court continues the hearing on Plaintiff's motion for default judgment as to Defendants Bounphone Pon Phimmachack and Nenita Labasano Phimmachack, individually and d/b/a Yolo Sushi Bar & Karaoke, to October 28, 2016, at 10:00 a.m. The Court also continues the hearing on Plaintiff's motion for default judgment as to Defendant Pao L. Yang, individually and d/b/a Yolo Sushi Bar & Karaoke, to October 28, 2016, at 10:00 a.m. Therefore, both motions for default judgment that have been filed in this case will be heard on October 28, 2016, at 10:00 a.m.

Accordingly, it is HEREBY ORDERED that:

1. The hearing on Plaintiff's motion for default judgment as to Defendants Bounphone Pon Phimmachack and Nenita Labasano Phimmachack, individually and d/b/a Yolo Sushi Bar & Karaoke, is continued from September 14, 2016, at 10:00 a.m. to October 26, 2016, at 10:00 a.m.;

2. The hearing on Plaintiff's motion for default judgment as to Defendant Pao L. Yang, individually and d/b/a Yolo Sushi Bar & Karaoke, is continued from October 26, 2016, at 10:00 a.m. to October 28, 2016, at 10:00 a.m.; and

3. Plaintiff shall serve a copy of this order on Defendants and thereafter file a certification of service with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **September 2, 2016**

UNITED STATES MAGISTRATE JUDGE