# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BOUNPHONE PON PHIMMACHACK, et al.,<br><br>  Defendants. | Case No.  1:16-cv-00486-LJO-SAB<br><br>ORDER AMENDING ORDER CONTINUING MOTIONS FOR DEFAULT JUDGMENT AS TO DEFENDANTS BOUNPHONE PON PHIMMACHACK, NENITA LABASANO PHIMMACHACK, AND PAO L. YANG, INDIVIDUALLY AND D/B/A/ YOLO SUSHI BAR & KARAOKE, TO OCTOBER 28, 2016, AT 10:00 A.M.<br><br>(ECF No. 28) |

On September 2, 2016, the Court continued the hearing on Plaintiff's motion for default judgment as to Defendants Bounphone Pon Phimmachack and Nenita Labasano Phimmachack, individually and d/b/a Yolo Sushi Bar & Karaoke, to October 28, 2016, at 10:00 a.m.  (ECF No. 28.)  The Court also continued the hearing on Plaintiff's motion for default judgment as to Defendant Pao L. Yang, individually and d/b/a Yolo Sushi Bar & Karaoke, to October 28, 2016, at 10:00 a.m.  (ECF No. 28.)  Therefore, both motions for default judgment were continued to October 28, 2016, at 10:00 a.m.  (ECF No. 28.)

However, due to an administrative error, the September 2, 2016 order continuing the motions for default judgment is amended at page 2 line 13 from "to October 26, 2016, at 10:00 a.m." to "to October 28, 2016, at 10:00 a.m."  Therefore, as stated in the order continuing the motions for default judgment, the hearings on both motions for default judgment are continued to

October 28, 2016, at 10:00 a.m.

      Accordingly, IT IS HEREBY ORDERED that:

1. Due to an administrative error, the September 2, 2016 order continuing the motions for default judgment (ECF No. 28) is AMENDED. At page 2 line 13 "to October 26, 2016, at 10:00 a.m." is AMENDED to "to October 28, 2016, at 10:00 a.m."; and

2. Plaintiff shall serve a copy of this order on Defendants and thereafter file a certification of service with the Clerk of the Court.

IT IS SO ORDERED.

Dated: **September 2, 2016**

UNITED STATES MAGISTRATE JUDGE