# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOUNPHONE PON PHIMMACHACK, et al., <br><br> Defendants. | Case No. 1:16-cv-00486-LJO-SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> OCTOBER 11, 2016 DEADLINE |

On September 2, 2016, Plaintiff filed its second notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 30.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before October 11, 2016.
3. Plaintiff shall serve a copy of this order on Defendants and thereafter file a certification of service with the Clerk of the Court.

IT IS SO ORDERED.

Dated: **September 6, 2016**

UNITED STATES MAGISTRATE JUDGE

1