**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>Plaintiff,<br><br>vs.<br><br>**Bounphone Pon Phimmachack, et al.**<br><br>Defendants. | **CASE NO. 1:16-cv-00486-LJO-SAB**<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BOUNPHONE PON PHIMMACHACK, NENITA LABASANO PHIMMACHACK, AND PAO L. YANG individually and d/b/a YOLO SUSHI BAR & KARAOKE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants BOUNPHONE PON PHIMMACHACK, NENITA LABASANO PHIMMACHACK, and PAO L. YANG individually and d/b/a YOLO SUSHI BAR & KARAOKE, that the above-entitled defendant is hereby dismissed **without prejudice** and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 12, 2016, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: _____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: _____

**COLEMAN & HOROWITT, LLP**
By: Keith M. White, Esquire
Attorneys for Defendants
BOUNPHONE PON PHIMMACHACK, NENITA LABASANO PHIMMACHACK, and PAO L. YANG individually and d/b/a YOLO SUSHI BAR & KARAOKE

IT IS SO ORDERED.

Dated:  **September 19, 2016**     /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE

2